UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:26 cr 5 |
| EDY ORELLANA-MAYEN, | Violation:    8 U.S.C. § 1325(a) |
| Defendant. | |

FILED
JAN 1 5 2026
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Improper Entry by Alien)

On or about August 6, 2024, in Monongalia County, in the Northern District of West Virginia, the defendant, **EDY ORELLANA-MAYEN**, an alien, at an unknown place and time, did knowingly and unlawfully enter into in the United States, at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States, thereby eluding examination or inspection by immigration officials; in violation of Title 8, United States Code, Section 1325(a).

/s/ Jarod Douglas for
MATTHEW L. HARVEY
United States Attorney

Jarod J. Douglas
Assistant United States Attorney